RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Martel Rivera, Jr.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERA ET AL,<br><br>  Defendant. | Case No. 2:22-cr-00074-APG-DJA<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between, Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Joanne L. Diamond, Assistant Federal Public Defender, counsel for Martel Rivera, Jr., and Kendall S. Stone, counsel for Moses Rivera that the calendar call currently scheduled for February 21, 2023, and the trial scheduled for February 27, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendants need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Martel Rivera, Jr. is out of custody and does not object to the continuance.

3. Moses Rivera is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED: January 27, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Joanne L. Diamond<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender |   /s/ Edward G. Veronda<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

  /s/ Kendall S. Stone
By_____
KENDALL S. STONE
Counsel for Moses Rivera

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIVERA ET AL,<br><br>Defendant. | Case No. 2:22-cr-00074-APG-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendants need additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. Martel Rivera, Jr. is out of custody and does not object to the continuance.

3. Moses Rivera is in custody and does not object to the continuance

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 2nd day of May, 2023, by the hour of 12:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for February 21, 2023, at the hour of 9:00 a.m., be vacated and continued to May 2, 2023 at the hour of 9:00 a.m.; and the trial currently scheduled for February 27, 2023, at the hour of 9:00 a.m., be vacated and continued to May 8, 2023 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 30th day of January, 2023.

UNITED STATES DISTRICT JUDGE