RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Martel Rivera, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTEL RIVERA, JR.,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00074-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Martel Rivera, Jr., that the Sentencing Hearing currently scheduled on April 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been in trial and needs time to review all the sentencing materials with the client prior to sentencing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the second request for a continuance of the sentencing hearing.

2  DATED this 25th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By /s/ *Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTEL RIVERA, JR.,<br><br>    Defendant. | Case No. 2:22-cr-00074-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, April 3, 2024 at 1:30 p.m., be vacated and continued to May 8, 2024 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 27th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3