UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MARTEL RIVERA, JR.,<br><br>    Defendant | Case No.: 2:22-cr-00074-APG-DJA<br><br>**Order Granting, in part, Defendant's Motion to Seal**<br><br>[ECF No. 83] |

Defendant Martel Rivera moves to seal his sentencing memorandum and exhibit A to it. ECF No. 83. I grant the motion in part because only portions of the memorandum should be sealed. Specifically, Rivera should redact only those portions that mention truly contain highly sensitive information.

Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly accessible. *Id.* In the case of dispositive motions, the party seeking to seal the record "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (simplified). The material Rivera seeks to keep private is sensitive information.

Rivera filed his entire memorandum under seal. However, only a few pages in the memorandum contain sensitive information. Only those portions of the memorandum that contain specific reference to that information may be sealed. The remainder of the motion must be filed as publicly-accessible documents.

I will allow the memorandum (ECF No. 84) to remain sealed.  Rivera will file an unsealed (publicly available) version of the motion to dismiss, redacting the sensitive information.

I THEREFORE ORDER that Rivera's motion to seal **(ECF No. 83) is granted in part**. Rivera's memorandum **(ECF No. 84) shall remain sealed.**

I FURTHER ORDER Rivera to file a publicly available version of the memorandum, redacting the sensitive information.

DATED this 2nd day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE